■ In the Matter of MARTIN L. POSNER (Admitted as MARTIN LOUIS POSNER), a Suspended Attorney. [24 NYS3d 525]—Motion by Martin L. Posner for reinstatement to the Bar as an attorney and counselor-at-law. Mr. Posner was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on February 13, 1985, under the name Martin Louis Posner. By decision and order on motion of this Court dated May 15, 2012, the Grievance Committee for the Ninth Judicial District was authorized to institute and prosecute a disciplinary proceeding against Mr. Posner, and the issues were referred to the Honorable Alfred J. Weiner, as Special Referee, to hear and report. By opinion and order of this Court dated April 16, 2014, Mr. Posner was suspended from the practice of law for a period of one year, effective May

16, 2014, based on six charges of professional misconduct (*see Matter of Posner*, 118 AD3d 18 [2014]). A stay of the order of suspension was granted on May 8, 2014, pending disposition of Mr. Posner's motion for leave to renew and/or reargue the disciplinary proceeding, and the motion was denied by decision and order on motion of this Court dated October 3, 2014.

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

Ordered that the motion is granted; and it is further,

Ordered that, effective immediately, Martin Louis Posner is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Martin Louis Posner to the roll of attorneys and counselors-at-law. Eng, P.J., Mastro, Rivera, Dillon and Hall, JJ., concur.